STATE OF CONNECTICUT *v.* MICHAEL MASTROPETRE

It appearing that the state in the above-entitled case has failed to defend against the defendant's appeal from the Superior Court in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the state, on or before July 15, 1977, designate which, if any, additional parts of the transcript it deems necessary to include in the record on appeal.

*Jerrold H. Barnett,* public defender, for the appellant (defendant).

*William F. Gallagher,* assistant state's attorney, for the appellee (state).

Argued June 7—decided June 7, 1977

ANGELO TARQUINIO *v.* NICHOLAS C. DIGLIO

It appearing that the defendant in the above-entitled case has failed to defend against the plaintiff's appeal from the Superior Court in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that unless the defendant files his brief on or before August 1, 1977, the judgment be set aside and the case remanded with direction to render judgment for the plaintiff.

*Robert F. Moran,* for the appellee (defendant).

No appearance for the appellant (plaintiff).